KURT C, FAUX, ESQ.
Nevada Bar No. 003407
WILLI H .SIEPMANN, ESQ.
Nevada Bar No. 002478
LELAND K. FAUX ,ESQ.
Nevada Bar No. 12206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada  89014
Telephone:  (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
          lfaux@fauxlaw.com
          wsiepmann@fauxlaw.com
*Attorneys for Tokio Marine HCC dba American Contractors Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND;TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>                    Plaintiffs,<br>vs.<br><br>TOKIO MARINE HCC dba AMERICAN CONTRACTORS INDEMNITY COMPANY, a California insurance corporation; DOES 1 THROUGH 10, and ROE CORPORATIONS 1 THROUGH 10, inclusive,<br><br>                    Defendants. | Case No.:    2:16-cv-03003<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AMERICAN CONTRACTORS INDEMNITY COMPANY'S OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 11] (FIRST REQUEST)** |

1

**THE FAUX LAW GROUP**
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL., (702) 458-5790

1    Defendant American Contractors Indemnity Company ("ACIC"), by and through its

2 undersigned counsel and Plaintiffs, by and through their undersigned counsel, hereby present this

3 Stipulation For Extension Of Time To File American Contractors Indemnity Company's Opposition

4 Brief To Plaintiffs' Motion For Summary Judgment filed on July 12, 2017 [ECF NO. 11] (First

5 Request). This stipulation to extend the time to respond is made pursuant to LR IA 6-1.

6    Defendant ACIC requests this extension for the following reasons:

7    1.  ACIC was only made aware of the pending motion for summary judgment on or about

8        July 27, 2017, after it contacted The Faux Law Group to learn of the status of this

9        litigation, after ACIC's present counsel, Aaron Aquino, Esq. failed to advise ACIC of the

10       status of this litigation.

11   2.  The extension is necessary for ACIC to evaluate the merits of the motion and to further

12       assess this case for settlement purposes.

13   3.  ACIC has not requested any other extensions in this case.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

ACIC requests an additional 14 days to respond to Plaintiffs' Motion for Summary Judgment to August 16, 2017.

Dated this 15th day of August, 2017.

THE FAUX LAW GROUP

/s/ Kurt C. Faux
KURT C, FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
LELAND K. FAUX, ESQ.
Nevada Bar No. 12206
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for Tokio Marine HCC dba American*
*Contractors Indemnity Company*

THE URBAN LAW FIRM

/s/ Nathan R. Ring (with permission)
MICHAEL A. URBAN, ESQ.
Nevada Bar No. 003875
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Attorneys for Plaintiffs

**IT SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: August 17, 2017

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL., (702) 458-5790

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the _____ day of August, 2017, I served a copy of the foregoing document, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AMERICAN CONTRACTORS INDEMNITY COMPANY'S OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 11] (FIRST REQUEST)** by the Nevada's electronic filing system addressed to all parties on the e-service list:

Michael A. Urban, Esq.
Nathan R. Ring, Esq.
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone:  (702) 968-8087
Facsimile:  (702) 968-8088
Email: murban@theurbanlawfirm.com
      nring@theurbanlawfirm.com
Attorneys for Plaintiffs

Aaron A. Aquino, Esq.
Aquino Law Group, Ltd.
5150 W. Spring Mountain Road, #12
Las Vegas, NV  89146
Telephone:  (702) 871-6464
Facsimile:  (702) 871-7338
Email:  aaron@aquinolawgroup.com
Attorneys for Defendant

By:_____
     An employee of THE FAUX LAW GROUP